FILED
08 JAN 31 AM 11: 15
CLERK, US
SOUTHERN DISTRICT
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 0267 L |
| Plaintiff, | INDICTMENT |
| v. | Title 18, U.S.C., Sec. 2113(a) - Bank Robbery; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| MICHAEL DANIEL LILLY MARTIN (1), MELANIE ELIZABETH DEPALMER (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about October 2, 2007, within the Southern District of California, defendants MICHAEL DANIEL LILLY MARTIN and MELANIE ELIZABETH DEPALMER, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Wells Fargo Bank, 8898 Navajo Road, San Diego, California, the sum of approximately $744.00, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

//

LAC:em:San Diego
1/30/08

## Count 2

On or about October 3, 2007, within the Southern District of California, defendants MICHAEL DANIEL LILLY MARTIN and MELANIE ELIZABETH DEPALMER, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Washington Mutual Bank, 348 South Twin Oaks Valley Road, San Marcos, California, the sum of approximately $1,000.00, belonging to and in the care, custody, control, management, and possession of Washington Mutual Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

## Count 3

On or about October 4, 2007, within the Southern District of California, defendants MICHAEL DANIEL LILLY MARTIN and MELANIE ELIZABETH DEPALMER, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Union Bank of California, 1512 Main Street, Ramona, California, the sum of approximately $4,000.00, belonging to and in the care, custody, control, management, and possession of Union Bank of California, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

## Count 4

On or about October 5, 2007, within the Southern District of California, defendants MICHAEL DANIEL LILLY MARTIN and MELANIE ELIZABETH DEPALMER, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Citibank, 3777 Avocado Blvd., La Mesa, California, the sum of

approximately $4,273.00, belonging to and in the care, custody, control, management, and possession of Citibank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

### Count 5

On or about October 29, 2007, within the Southern District of California, defendants MICHAEL DANIEL LILLY MARTIN and MELANIE ELIZABETH DEPALMER, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of California Bank & Trust Bank, 135 Saxony Road, Encinitas, California, the sum of approximately $2,150.00, belonging to and in the care, custody, control, management, and possession of California Bank & Trust Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

DATED: January 31, 2008.

A TRUE BILL:

_____
Foreperson  Deputy

KAREN P. HEWITT
United States Attorney

By: _____
LAWRENCE A. CASPER
Assistant U.S. Attorney