# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) Case No: 08cr0267-L
)
MELANIE ELIZABETH DEPALMER )

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(X) Ad Prosequendum         ( ) Ad Testificandum.

Name of Detainee: __Melanie Elizabeth Depalmer__
Detained at (custodian): WARDEN: Chowchilla, California Department of Corrections

Detainee is:  a.)  (X) charged in this district by:
  (X) Indictment    ( ) Information    ( ) Complaint
  Charging Detainee With: __Title 2113(a), Bank Robbery__

or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  ( ) return to the custody of detaining facility upon termination of proceedings
or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on __March 4, 2008__ at __10:30__ in the courtroom of the Honorable

__Lawrence A. Casper, AUSA__
Attorney of Record for:

### WRIT OF HABEAS CORPUS

(X) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

__2/12/08__                    Cathy Ann Bencivengo
Date                             United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____    Male ☐   Female X☐
Booking or Fed. Reg. #: __X29069__              DOB: __2/19/81__
Facility Address: __CDC, 21633 Avenue 24, Reception Cntr. Records__   Race: __White__
__Chowchilla, CA 93610__                        FBI #: __109258RB4__
Facility Phone: __(559) 665-6100 Fax (559) 665-6155__
Currently Incarcerated For: __Bank Robbery   Title 2113(a)__

### RETURN OF SERVICE

Executed on _____ by _____

(Signature)

S:\stacey\LAC\Writs\statewrit_Melanie Depalmer.wpd
Form Crim-48                                                     Revised 9/22/97