UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR267-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | HEARING |
| | ) | |
| MICHAEL DANIEL LILLY MARTIN (1), | ) | |
| MELANIE ELIZABETH DEPALMER (2) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY ORDERED that, for good cause shown, the joint motion to continue the May 19, 2008 status hearing is GRANTED, and the hearing is continued to July 7, 2008 at 2:00 p.m..

IT IS SO ORDERED.

DATED: May 16, 2008

_____
M. James Lorenz
United States District Court Judge